## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Tony Dejuan Jackson, | Case No. 20-CV-0353 (SRN/ECW) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| FindJodi.com Inc., Nonprofit, et al., | |
| Defendants. | |

In an order dated April 1, 2020, this Court denied Plaintiff Tony Dejuan Jackson's application to proceed in forma pauperis, and ordered him to pay this action's filing fee. (*See* Dkt. 5 at 3.)  The Court gave Jackson until April 28, 2020, to pay the filing fee, failing which the Court would recommend that this action be dismissed without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and Jackson has not paid this action's filing fee.  In fact, Jackson has not communicated with the Court about this case at all since commencing this action.  Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute.  *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

Given this recommendation, the Court further recommends that Jackson's Motion for Appointment of Counsel (Dkt. 3) and Motion Requesting the Court to Enjoin Exhibits from Previously Filed Civil Cases Regarding Conditions of Confinement by the Plaintiff (Dkt. 4) both be denied as moot.

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that

1. This action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. Plaintiff Tony Dejuan Jackson's Motion for Appointment of Counsel (Dkt. 3) and Motion Requesting the Court to Enjoin Exhibits from Previously Filed Civil Cases Regarding Conditions of Confinement by the Plaintiff (Dkt. 4) be **DENIED** as moot.

Dated: July 7, 2020               *s/Elizabeth Cowan Wright*
                                  ELIZABETH COWAN WRIGHT
                                  United States Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).